

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00336-CR

**MICHAEL RAY FERGUSON,**

**Appellant**

v.

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law
Navarro County, Texas
Trial Court No. C37620-CR**

# ORDER

Appellant's brief was due February 25, 2019. A motion for extension of time to file appellant's brief was filed on March 6, 2019. In that motion, appellant requested an additional 120 days to file appellant's brief.

Appellant's motion is granted in part. Appellant's brief is due **60 days** from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted in part
Order issued and filed March 13, 2019

